Re: RE: CFTC v. HIGHLAND STONE, 11 CIV 05209 - REQUEST FOR EXTENSION OF BRIEFING SCHEDULE
Susan Davis
to:
ForrestNYSDChambers@nysd.uscourts.gov, spadove@CFTC.GOV
10/02/2012 01:09 PM
Cc:
Dave Howard
Hide Details
From: Susan Davis <susandavis88@yahoo.com>

To: "ForrestNYSDChambers@nysd.uscourts.gov" <ForrestNYSDChambers@nysd.uscourts.gov>, "spadove@CFTC.GOV" <spadove@CFTC.GOV>

Cc: Dave Howard <david.e.howard@hotmail.com>

11 cv 5209 (KBF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 04 2012

1 Attachment


image001.jpg

That is not true Ms Padove stated we had to file a motion on both matters as they would not agree to an extension without resolving the deposition matter. Than all of a sudden she files an order without telling us or allowing us to review it. Please accept my email as a motion
It is still improper too file a stipulation without letting us review it. She would never pull that with a licensed attorney

Sent from Yahoo! Mail on Android

---

**From:** Padove, Susan <spadove@CFTC.GOV>;
**To:** ForrestNYSDChambers@nysd.uscourts.gov <ForrestNYSDChambers@nysd.uscourts.gov>;
**Cc:** David Howard <david.e.howard@hotmail.com>; Susan Davis <susandavis88@yahoo.com>;
**Subject:** RE: CFTC v. HIGHLAND STONE, 11 CIV 05209 - REQUEST FOR EXTENSION OF BRIEFING SCHEDULE
**Sent:** Tue, Oct 2, 2012 4:53:03 PM

Your honor:

      We had a conference call this morning during which the parties attempted to resolve the matter of reopening discovery to take depositions. The parties were unable to reach an agreement on that matter and Ms. Davis indicated that she would be filing a motion later this week regarding the depositions. I will reply to the motion she indicated would be forthcoming at that time.

      As for the extension of time, I agreed last week in an email, and again in this morning's phone conference, to the 4 ½ week extension of time sought by Ms. Davis and Ms. Howard and, accordingly, submitted the proposed order on behalf of all parties regarding a revision to the scheduling order in order to assist the *pro se* defendants.

Respectfully,

Susan B. Padove

Senior Trial Attorney

U.S. Commodity Futures Trading Commission

525 W. Monroe Street

Suite 1100

Chicago, IL 60661

(312) 596-0544

spadove@cftc.gov



From: Susan Davis [mailto:susandavis88@yahoo.com]
Sent: Tuesday, October 02, 2012 11:47 AM
To: Padove, Susan; ForrestNYSDChambers@nysd.uscourts.gov
Cc: David Howard
Subject: Re: CFTC v. HIGHLAND STONE, 11 CIV 05209 - REQUEST FOR EXTENSION OF BRIEFING SCHEDULE

Your Honor:

This comes as a complete suprise as Susan Padove told us we had to write a motion for this as the CFTC was not agreeing to anything. We asked for exactly one month which falls on a Saturday so it would be filed the next business day and for the cftc to reopen three depos. Davis, Howard and Burgos for 1 hour each that Mr. Howard and I would be limited to and 15 minute recross for the CFTC. Judge Howell denied the CFTC's request to submit the uncrossed depos so there was no issue during discovery. Now that we have a new Judge, all of a sudden the depositions are allowed to be submitted directly opposing the former Judge's ruling. We are not seeking to introduce new testimony only to clarify the testimony in the depositions that we were precluded from doing at the time and since the Judge ruled against there submission, the moot was moot. Ms. Padove's arguement is that we could have set our own depos (which she knew we could not afford) during the time for discovery. Based on our belief that the depositions would not be allowed to be submitted there was no need at the time to argue about the depositions. Your Honor has stated that you prefer that the entire depo be submitted, thus the need to cross arises after the close of discovery. Ms. Padove picked and chose which depos she allowed us to cross. Ms. Matti will submitted an affadavit that at her deposition Ms. Padove said I could not cross or redirect her. Ms. Padove does not deny that she would not let us cross the

depositions at the time the CFTC was doing depositions and she knew and knows that the cost is prohitbative to a pro se defendant.  Mr. Mendal, Esq.  was present when she refused.  She did allow Mr. Mendal to redirect just not me.  We agreed that if you extend the time for one month that the CFTC could have two extra days to allow for the Thanksgiving holiday.  As usual for Ms. Padove, she did not discuss or allow us to review this Order prior to its submissin, something she would never do to a licensed attorney.  Please grant our request to order the CFTC to reopen the three depositions we requested at their office in New York or in the alternative do not allow the submission of uncrossed depositions which also include the Kellys.

Susan Davis

Pro Se

From: "Padove, Susan" <spadove@CFTC.GOV>
To: "ForrestNYSDChambers@nysd.uscourts.gov" <ForrestNYSDChambers@nysd.uscourts.gov>
Cc: "Susan Davis (susandavis88@yahoo.com)" <susandavis88@yahoo.com>; David Howard <david.e.howard@hotmail.com>
Sent: Tuesday, October 2, 2012 12:30 PM
Subject: CFTC v. HIGHLAND STONE, 11 CIV 05209 - REQUEST FOR EXTENSION OF BRIEFING SCHEDULE

Susan B. Padove

Senior Trial Attorney

U.S. Commodity Futures Trading Commission

525 W. Monroe Street

Suite 1100

file://D:\Documents and Settings\pickerj\Local Settings\Temp\no...   10/3/2012

Chicago, IL 60661

(312) 596-0544

spadove@cftc.gov

